UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACULTY MEMBERS AT MIDDLE EASTERN SCHOOLS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD DONOVAN, et al., <br><br> Defendants. | Case No. 15-cv-03974-BLF <br><br> **ORDER STRIKING COMPLAINT** <br> [Re: ECF 1] |

On August 31, 2015, Ahmed Nuri, along with twenty-six other individuals, all proceeding pro se, filed a purported class action complaint against Richard Donovan of the Defense Language Institute and Reuf Borovac, President of American Federation of Government Employees (AFGE) AFL-CIO, Local 1263. *See* ECF 1. According to the complaint, Mr. Nuri is the contact person for twenty-six other faculty members from Middle East Schools. *Id*. at 6, 7. Mr. Nuri is the sole Plaintiff to sign the complaint. *Id*. at 6. On October 19, 2015, Reuf Borovac, proceeding pro se, filed a motion to dismiss on behalf of AFGE Local 1263 and himself. ECF 10.

The Court notes that the complaint does not appear to be a class action but rather a lawsuit brought by multiple Plaintiffs. In any event, to the extent this is a class action, a pro se Plaintiff cannot prosecute an action as a class action. *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696 (9th Cir. 1987). To the extent this action is a lawsuit brought by multiple Plaintiffs, each Plaintiff's name, address, and telephone number must be included on the first page of each filing and each Plaintiff must sign each document filed. *See* Civil L.R. 3-4; Fed. R. Civ. P. 11. Accordingly, the Court STRIKES the complaint and Plaintiffs may file an amended complaint **on or before** November 18, 2015. Further, the Court MOOTS the pending motion to dismiss in light

1 of the foregoing and notes that a pro se individual may not represent an organization.  *See* Civil

2 L.R. 3-9(b).

3 **IT IS SO ORDERED.**

4 Dated: October 21, 2015

5 _____

6 BETH LABSON FREEMAN
United States District Judge