United States District Court
Northern District of California

1

2

3        **UNITED STATES DISTRICT COURT**

4        **NORTHERN DISTRICT OF CALIFORNIA**

5        **SAN JOSE DIVISION**

6

7   FACULTY MEMBERS AT MIDDLE
    EASTERN SCHOOLS, et al.,                    Case No.  15-cv-03974-BLF

8                  Plaintiffs,

9          v.                                   **ORDER CONTINUING CASE**
                                                **MANAGEMENT CONFERENCE TO**
10  RICHARD DONOVAN, et al.,                     **MARCH 31, 2016**

11                 Defendants.

12

13        In light of Defendant AFGE Local 1623's pending motion to dismiss, which is scheduled

14  to be heard on March 31, 2016, the Court CONTINUES the case management conference from

15  January 21, 2016 to March 31, 2016.[1]

16        **IT IS SO ORDERED.**

17  Dated: December 16, 2015

18  _____
    BETH LABSON FREEMAN
19  United States District Judge

20

21

22

23

24

25

26

---

27  [1] The Court TERMINATES AS MOOT the stipulation and proposed order filed on December 16,
    2015.  The Court notes that the stipulation did not comply with Civil L.R. 7-12, which requires
28  stipulations to be signed by "all affected parties or their counsel," as only one Plaintiff signed the
    stipulation.