# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FACULTY MEMBERS AT MIDDLE EASTERN SCHOOLS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD DONOVAN, et al., <br><br> Defendants. | Case No.   15-cv-03974-BLF <br><br> **ORDER (1) VACATING HEARING AND (2) CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 2, 2016** |

Pursuant to Civ. L.R. 7-1(b), the Court finds Defendants' motions to dismiss suitable for submission without oral argument and hereby VACATES the hearing scheduled for March 31, 2016. The Court CONTINUES the case management conference from March 31, 2016 to June 2, 2016.

**IT IS SO ORDERED.**

Dated: March 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge