UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACULTY MEMBERS AT MIDDLE EASTERN SCHOOLS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD DONOVAN, et al., <br><br> Defendants. | Case No.  15-cv-03974-BLF <br><br> **ORDER TO SHOW CAUSE** |

To each and every Plaintiff, you are hereby ORDERED to SHOW CAUSE in writing, on or before October 12, 2016, why this case should not be dismissed for failure to prosecute.

Thirty-four individual plaintiffs brought this action involving allegations of discriminatory practices and favoritism with respect to promotions.  First Am. Compl. 3:21-25, ECF 13.  On April 15, 2016, the Court granted Defendant American Federation of Government Employees, AFL-CIO, Local 1263's motion to dismiss without leave to amend and granted Defendant Richard P. Donovan's motion to dismiss with partial leave to amend.  ECF 33.  Further, the Court ordered Plaintiffs to file any amended complaint on or before May 16, 2016.  *Id.*  Plaintiffs did not amend their complaint within the time provided and still have not amended it.  Currently before the Court is a motion for an entry of judgment filed by two of the named plaintiffs, ECF 41, but the other thirty-two plaintiffs have yet to respond to the Court's order granting the motions to dismiss.

Accordingly, the Court ORDERS each and every Plaintiff to SHOW CAUSE why this

case should not be dismissed for failure to prosecute. Each Plaintiff shall submit a written response on or before October 12, 2016. The Court advises Plaintiffs that a failure to respond to the Order to Show Cause by October 12, 2016 will result in the dismissal of the case with prejudice pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: September 12, 2016

_____
BETH LABSON FREEMAN
United States District Judge