UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACULTY MEMBERS AT MIDDLE EASTERN SCHOOLS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD DONOVAN, et al., <br><br> Defendants. | Case No.  15-cv-03974-BLF <br><br> **ORDER TO SHOW CAUSE** |

To each and every Plaintiff, you are hereby ORDERED to SHOW CAUSE in writing, on or before November 17, 2016, why this case should not be dismissed for failure to prosecute.

Thirty-four individual plaintiffs brought this action involving allegations of discriminatory practices and favoritism with respect to promotions.  First Am. Compl. 3:21-25, ECF 13.  On April 15, 2016, the Court granted Defendant American Federation of Government Employees, AFL-CIO, Local 1263's motion to dismiss without leave to amend and granted Defendant Richard P. Donovan's motion to dismiss with partial leave to amend.  ECF 33.  Further, the Court ordered Plaintiffs to file any amended complaint on or before May 16, 2016.  *Id.*  Plaintiffs did not amend their complaint within the time provided and still have not amended it.  Currently before the Court is a motion for an entry of judgment filed by two of the named plaintiffs, ECF 41, but the other thirty-two plaintiffs have yet to respond to the Court's order granting the motions to dismiss.  A prior Order to Show Cause was mailed to one of the named Plaintiffs – Plaintiff Ahmed Nuri, but

1  not to other Plaintiffs.

2  Accordingly, the Court again ORDERS each of the other thirty-three Plaintiffs to SHOW
3  CAUSE why this case should not be dismissed for failure to prosecute.  Each Plaintiff shall submit
4  a written response on or before November 17, 2016.  The Court advises Plaintiffs that a failure to
5  respond to the Order to Show Cause by November 17, 2016 will result in the dismissal of the case
6  with prejudice pursuant to Fed. R. Civ. P. 41(b).

7  The Court directs the Clerk to mail this Order to each of the thirty-three individual
8  Plaintiffs who was not served by mail with the prior Order to Show Cause, ECF 42.  The Court
9  also notes that most of the Plaintiffs have failed to provide an address for service of court
10 documents and none of the Plaintiffs has requested Electronic Case Filing pursuant to Local Rule
11 5-1(b).  Thus, the Clerk is directed to serve by mail each Plaintiff in care of Plaintiff Ahmed Nuri,
12 who is the only Plaintiff who has provided a mailing address.  Mr. Nuri is ordered to distribute the
13 envelope to each Plaintiff.  The Clerk is further directed to email this notice to each Plaintiff.

14 **IT IS SO ORDERED.**

16 Dated: October 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge